FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER, Relator,<br><br>Plaintiff,<br><br>v.<br><br>HANFORD MISSION INTEGRATION SOLUTIONS, LLC,<br><br>Defendant. | No. 4:24-CV-05051-RLP<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS AND APPLICATION FOR LIFTING OF THE SEAL |

Upon receipt of the parties' joint stipulated motion for dismissal, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Civil Rule 41(a)(1)(B), and for lifting of the seal, it is **ORDERED** that:

1. The parties Joint Stipulated Motion to Dismiss and Application for Lifting of the Seal, **ECF No. 18**, is **GRANTED**.

2. This action is hereby **DISMISSED**, with prejudice as to Relator, and with prejudice as to the United States to the extent of the Covered

ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS AND APPLICATION FOR LIFTING OF THE SEAL ~ 1

Conduct as defined in the Settlement Agreement between the Parties, and otherwise without prejudice as to the United States only;

3. This matter is hereby **UNSEALED** except with regard to the United States' memorandums filed in support of its applications for extensions **(ECF Nos. 3, 9, 12, and 15), which shall remain sealed**; and

4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to all counsel and parties.

DATED February 27, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS AND APPLICATION FOR LIFTING OF THE SEAL ~ 2